RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 3 1 2015

Abel Acosta, Clerk

To: Court Clerk

7-26-15

Hello, I am Jose C. Belmont TDCJ # 01590304. I would like to request copies of the 11.07 I filed in 2012. More specifically a copy of my Application and Memorandum; the Trial Courts Orders and Opinion; and the Court of Appeals Judgement.
   The Trial Court ordered an Affidavit from my Counsel Lisa Jarrett also — I would like that copied also.
   Please send me a bill of how much it will cost.
   — Thank You —

Jose C. Belmont
≠1590304
McConnell Unit
3001 S. Emily Dr
Beeville, Tx
   -78102